```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN J. RIGAS and TIMOTHY J. RIGAS,   11 CV 6964 (KMW)
                                      02 CR 1236 (KMW)
                Petitioners,

   -against-                            ORDER

UNITED STATES OF AMERICA,

                Respondent.

------------------------------------------------------------x

WOOD, D.J.:

       The court adjourns *sine die* the conference scheduled for April 2, 2014. Counsel for Petitioners and the Government are directed to meet and confer regarding Petitioners' request to amend their Petition. They must send the Court a joint letter, by April 16, 2014, stating to what extent, if any, the parties disagree, regarding the request to amend. The parties should propose a briefing schedule, if necessary.

       SO ORDERED.

DATED: New York, NY
           April 1, 2014

                                                 /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                             United States District Judge