UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN J. RIGAS and TIMOTHY J. RIGAS,

                Petitioners,

  -against-

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------------X

11-CV-6964 (KMW)
02-CR-1236 (KMW)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 12/14/15

KIMBA M. WOOD, U.S.D.J.:

       The Government is directed to respond to John J. Rigas' Emergency Motion for Bail Pending Habeas (Doc. 93, filed 12/11/15), on December 22, 2015.

       SO ORDERED.

Dated: New York, New York
       December 14, 2015

*/s/ Kimba M. Wood*
Kimba M. Wood
United States District Judge