UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN J. RIGAS and TIMOTHY J. RIGAS,

        Petitioners,

-against-

UNITED STATES OF AMERICA,

        Respondent.
-------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/18

11-CV-6964 (KMW)
02-CR-1236 (KMW)
ORDER

KIMBA M. WOOD, U.S.D.J.:

Due to a conflict with the Court's calendar, the status conference set for March 14 will be held on March 15 at 4:30 p.m.

SO ORDERED.

Dated: New York, New York
       February 20, 2018

                                  Kimba M. Wood
                                  United States District Judge